FILED
CLERK, U.S. DISTRICT COURT

AUG -8 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MIRANDA,<br><br>    Petitioner,<br><br>  vs.<br><br>GEORGE J. GIURBINO, et al.,<br><br>    Respondent. | Case No. CV 06-1832-DDP (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered (1) approving and adopting this
2  Final Report and Recommendation; and (2) directing that Judgment be entered
3  denying the Petition and dismissing this action with prejudice.

5  DATED: 8-8-08

   _____
   HONORABLE DEAN D. PREGERSON
   United States District Judge

9  Prepared by:

   _____
   HONORABLE OSWALD PARADA
   United States Magistrate Judge